```
BOWMAN AND BROOKE LLP
Brian Takahashi (SBN: 146505)
Richard L. Stuhlbarg (SBN: 180631)
Corinne D. Orquiola (SBN: 226969)
Karyn L. Ihara (SBN: 298950)
970 West 190th Street, Suite 700
Torrance, California 90502
Tel No:   310/ 768-3068
Fax No:   310/ 719-1019
E-mail: Brian.Takahashi@bowmanandbrooke.com
E-mail: Richard.Stuhlbarg@bowmanandbrooke.com
E-mail: Corinne.Orquiola@bowmanandbrooke.com
E-mail: Karyn.Ihara@bowmanandbrooke.com
```

JS-6

Attorneys for Defendant
BMW OF NORTH AMERICA, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NEGAR GHARIB,<br><br>       Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC and DOES 1 through 100, inclusive,<br><br>       Defendants. | **CASE NO.:  2:17-cv-00663 JFW (KSx)**<br><br>**(Removed from Los Angeles County Superior Court Case No. BC643722)**<br><br>**[Assigned to the Hon. John F. Walter]**<br><br>**ORDER ON STIPULATION TO REMAND CASE BACK TO STATE COURT**<br><br>Trial:         None |

**ORDER**

WHEREAS, the parties have agreed that Plaintiff will not seek punitive damages or civil penalties in this action;

This matter is hereby remanded to the Los Angeles County Superior Court. All future hearing dates are hereby vacated.


Dated February 10, 2017                  _____
                                         Hon. John F. Walter